**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELKI YU, | Case No.: C 05-3985 PVT |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAM (SAN) KHUOG dba Mandarin Chinese Restaurant, | |
| Defendant. | |

On January 24, 2006, Plaintiff filed a Case Management Conference Statement (amended) in which Plaintiff requests a continuance of the Case Management Conference in light of current settlement discussions between the parties.[1]  Based on the Case Management Conference Statement and the file herein,

IT IS HEREBY ORDERED that the Case Management Conference is continued to 2:00 p.m. on April 18, 2006.  The parties shall file a Joint Case Management Conference Statement no later than April 11, 2006.   Absent further relief from this court, if Defendant has not filed an answer by that date, then Plaintiff shall file a request for entry of default.

IT IS FURTHER ORDERED that the deadline for Defendant to file an answer is hereby

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

extended to and including March 28, 2006.

    IT IS FURTHER ORDERED that no later than January 27, 2006 Plaintiff shall serve a copy of this order on Defendant by first class mail.

Dated: *1/25/06*

                                       PATRICIA V. TRUMBULL
                                       United States Magistrate Judge